# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FRANK RABORN

VERSUS

JEFFREY R. ALBEA, M.D. SHAWN
G. DUNN, M.D., THE
NEUROMEDICAL CENTER, APMC,
EBI, LP, SYNTHES USA SALES,
INC.

NO.  2024 CW 0370

**MAY 7, 2024**

---

In Re:   The  Neuromedical  Center,  A.P.M.C.,  applying  for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 583675.

---

**BEFORE:   CHUTZ, LANIER, AND GREENE, JJ.**

   **WRIT DENIED.**

**WRC**
**WIL**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT